DISMISS; Opinion issued January 29, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-12-00706-CV

---

## SIMON JACKSON, IV, Appellant
### V.
## JEANETTE JACKSON, Appellee

---

On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-10-05677S

---

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated May 25, 2012 we notified appellant the $175 filing fee was due. We directed appellant to pay the filing fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. Also by letter dated May 25, 2012, we notified appellant that a docketing statement had not been filed. We directed appellant to file a docketing statement within ten days. We cautioned appellant that failure to file a docketing statement might result in dismissal of the appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b),(c).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

120706F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

Simon Jackson, IV, Appellant

No. 05-12-00706-CV     V.

Jeanette Jackson, Appellee

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-10-05677S.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Jeanette Jackson recover her costs of this appeal from appellant Simon Jackson, IV.

Judgment entered this January 29, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE